UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC,<br><br>   Plaintiff,<br>v.<br>JARED K. BAUM, et al.,<br><br>   Defendants. | Case No. 2:16-cv-02888-RFB-PAL<br><br>ORDER |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (ECF No. 1) to federal district court December 14, 2016. No answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** Plaintiff shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than January 13, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of December, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE