| | |
|---|---|
| John T. Steffen Esq. (4390)<br>Bradley G. Sims, Esq. (11713)<br>HUTCHISON & STEFFEN, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Fax: (702) 385-2086<br><br>*Attorney for Plaintiff*<br>*Hollyvale Rental Holdings, LLC* | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JARED K. BAUM, an individual; CHARLENE M. BAUM, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>Defendants. | Case No.: 2:16-cv-02888-RFB-PAL<br><br>STIPULATION AND ORDER TO EXTEND SCHEDULED DEADLINE TO AMEND PLEADINGS AND ADD PARTIES. |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br><br>vs.<br><br>HOLLYVALE RENTAL HOLDINGS, LLC, a California limited liability company,<br><br>Counter-Defendant. | |

Plaintiff/ Counter-Defendant Hollyvale Rental Holdings, LLC ("Plaintiff"), by and through its counsel of record, Hutchison & Steffen, PLLC, and Defendant/Counter-Claimant Federal National Mortgage Association, pursuant to LR 26-4, hereby stipulate and represent as follows:

1. This case was initially filed in the Eighth Judicial District, State of Nevada on or about November 22, 2016. *See* ECF No. 1.
2. On or about December 14, 2016 Federal National Mortgage Association ("FNMA") filed a petition for removal. *See* ECF No. 1.
3. On or about February 22, 2017, the Court entered a scheduling order establishing the deadline to amend pleadings and add a party as July 3, 2017.
4. On or about April 21, 2017 the parties submitted a stipulation and order to stay the litigation pending the outcome of the appeal of *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016), as the parties believed this appeal had direct impact on the instant matter.
5. The parties were under the impression that the order attached to the stipulation had been entered, however, it appears that the order was never signed.
6. The parties have resumed discovery, and in so doing, have determined that there are additional parties who must be added to the case.
7. Therefore, the parties request that this Court extend the deadline to amend pleadings and add parties to five judicial days after the entry of an order on this stipulation.
8. The parties believe that excusable neglect exists as all parties were under the impression the case was stayed. But for this error, the parties would have amended their pleadings in a timely manner.
9. The Parties have completed some discovery, have exchanged initial disclosures and begun written discovery.
10. The parties believe that some additional written discovery will follow, as well as some deposition testimony.
11. Quality Loan Service Corporation executes this only in the interest of caution, under protest, and as a professional courtesy. It is QLS's position that they have been exited from

this litigation. NRS 107.029 (discussing a foreclosure trustee's substantive right in the state of Nevada to take non-monetary status by filing a declaration and thereafter be absolved from money damages and attorney's fees); *Erie R.R. v. Tompkins* 304 U.S. 64 (1938); *also Hanna v. Plumer* 380 U.S. 460 (1965)(discussing the outcome determinative test and substantive state rights in Federal Court); *Cuprite Mine Partners LLC v. Anderson* 809 F.3d 548 (9th Cir 2015)(discussing the outcome determinative test in the 9th Circuit in regards to whether or not applying a state statute would significantly alter the litigation).

Wherefore, the parties undersigned parties stipulate and request that this Court enter an order extending the deadline to amend pleadings and add parties to five judicial days after the entry of an order on this stipulation.

Dated this 7th Day of August, 2017.

HUTCHISON & STEFFEN, PLLC

/s/ Bradley G. Sims, Esq.
John T. Steffen, Esq.(4390)
Bradley G. Sims, Esq. (11713)
10080 W. Alta Dr., #200
Las Vegas, Nevada 89145
(702) 385-2500

*Attorney for Hollyvale Rental Holdings, PLLC*

WRIGHT, FINLAY & ZAK

/s/ Christina Miller
Dana Jonathon Nitz
Christina Miller
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964

*Attorney for Federal National Mortgage Assocation.*

///

///

///

///

///

///

MCCARTHY HOLTHUS LLP

/s/ Thomas Beckom
Kristin A Schuler-Hintz
Thomas Beckom
9510 West Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 685-0329

IT IS SO ORDERED pursuant to LR 26-4 that the deadline to amend pleadings and add parties in this matter shall be extended to five judicial days form the entry of this order.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of August, 2017.

Respectfully submitted:

HUTCHISON & STEFFEN, PLLC

/s/ Bradley G. Sims, Esq.
John T. Steffen, Esq.(4390)
Bradley G. Sims, Esq. (11713)
10080 W. Alta Dr., #200
Las Vegas, Nevada 89145
(702) 385-2500

*Attorney for Plaintiff*
*Hollyvale Rental Holdings, LLC*