John T. Steffen Esq. (4390)
Bradley G. Sims, Esq. (11713)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086

*Attorney for Plaintiff*
*Hollyvale Rental Holdings, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JARED K. BAUM, an individual; CHARLENE M. BAUM, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>Defendants.<br><br>And related Claims | Case No.: 2:16-CV-02888-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER TO COUNTERCLAIM** |

Pursuant to Local Rule 7-1, Plaintiff Hollyvale Rental Holdings, LLC ("Plaintiff"), by and through their counsel of record, Hutchison & Steffen, PLLC, and Defendant Red Rock Financial Services ("RRFS"), by and through their counsel of record, Koch & Scow LLC, stipulate as follows:

Page 1 of 3

1. Counsel for RRFS filed a motion to dismiss Plaintiff's amended complaint on October 11, 2017 (ECF No. 52).

2. Counsel for Plaintiff contacted counsel for RRFS to obtain an extension of time for Plaintiff to file an opposition to the motion to dismiss; the parties agreed to an extension. There is good cause for the requested extension because the Court has indicated that it will be issuing a ruling this week on Plaintiff's motion to remand. Additionally, Plaintiff has engaged other defendants in settlement discussions and believes it may be able to resolve the case shortly. In addition, the extension will not prejudice any party.

3. Therefore, the parties agree that Plaintiff will file a response to RRFS's motion to dismiss by November 8, 2017.

| | |
|---|---|
| Dated this 17th day of October, 2017. | Dated this 17th day of October, 2017. |
| HUTCHISON & STEFFEN, PLLC | KOCH & SCOW LLC |
| /s/ Bradley G. Sims, Esq.<br>John T. Steffen, Esq.(4390)<br>Bradley G. Sims, Esq. (11713)<br>10080 W. Alta Dr., #200<br>Las Vegas, Nevada 89145<br>(702) 385-2500 | /s/ Steven B Scow<br>David R Koch<br>Steven B Scow<br>11500 S. Eastern Ave., Ste 210<br>Henderson, NV 89052<br>(702) 318-5040 |
| *Attorney for Plaintiff*<br>*Hollyvale Rental Holdings, LLC* | *Attorney for Defendant*<br>*Red Rock Financial Services* |

**IT IS SO ORDERED** this 20th day of October, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Respectfully Submitted By: |
| 13 | |
| 14 | HUTCHISON & STEFFEN, PLLC |
| 15 | /s/ Bradley G. Sims, Esq. |
| 16 | John T. Steffen Esq. (4390)<br>Bradley G. Sims, Esq. (11713) |
| 17 | Peccole Professional Park<br>10080 West Alta Drive, Suite 200 |
| 18 | Las Vegas, NV 89145 |
| 19 | Tel:   (702) 385-2500<br>Fax:   (702) 385-2086 |
| 20 | |
| 21 | *Attorney for Plaintiff*<br>*Hollyvale Rental Holdings, LLC* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |