UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JARED K. BAUM, et al., <br><br> Defendants. | Case No. 2:16-cv-02888-RFB-PAL <br><br> ORDER |

This matter is before the court on defendant Villas at Tierra Linda Homeowners Association's ("Villas") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (ECF No. 1) to federal district court December 14, 2016. Villas filed a Motion to Dismiss (ECF No. 56) November 1, 2017. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, defendant Villas has failed to comply. Accordingly,

**IT IS ORDERED** that defendant Villas shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than December 5, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 21st day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1