UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC,<br><br>Plaintiff,<br>v.<br>JARED K. BAUM, et al.,<br><br>Defendants. | Case No. 2:16-cv-02888-RFB-PAL<br><br>ORDER<br><br>(Mot Subst Pltf – ECF No. 71) |

Before he court is plaintiff's Renewed Motion to Substitute Plaintiff (ECF No. 71), and supporting Declaration (ECF No. 72).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that plaintiff's Renewed Motion to Substitute Plaintiff (ECF No. 71) is **GRANTED** and Champery Rental Reo, LLC shall be substituted as plaintiff in the place of Hollyvale Rental Holdings, LLC.

DATED this 13th day of July, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1