UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHAMPEREY RENTAL REO, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>JARED K. BAUM, CHARLENE M. BAUM et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-02888-RFB-PAL<br><br>**DEFAULT JUDGMENT AGAINST JARED K. BAUM & CHARLENE M. BAUM** |

This Court now considers the Plaintiff's Motion for Default Judgment (ECF No. 63) Against Defendants Jared K. Baum and Charlene M. Baum. For the reasons stated below, the Court grants this motion.

The Court makes the following findings regarding this motion. The Baums have not appeared in this litigation. Default was entered against them on August 21, 2017. They have subsequently not appeared in or participated in this litigation. It would be prejudicial to the Plaintiff to not enter a judgment against the Defendants since these Defendants have not participated in the litigation to allow Plaintiff to establish its superior claim of title. Public interest favors resolving this issue as it relates to title rather than have the title be further clouded without an anticipated resolution. The Baums have not responded to the Motion for Default Judgment and such failure to respond results in concession of the motion pursuant to the Local Rules. For all of these reasons, the Court therefore grants the Motion for Default Judgment against the Baums.

Accordingly, the Court makes the following declaratory judgment findings as to Defendants Jared K. Baum and Charlene M. Baum ONLY:

1

1. Jared K. Baum and Charlene Baum formerly owned real property (the "Subject Property") commonly known as 12030 GILES ST., LAS VEGAS, NEVADA 89123; APN: 191-04-415-049 and more specifically identified as:

   > PARCEL I:
   > LOT 180 OF TERRACINA III SOUTH UNIT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 125 OF PLATS, PAGE 29, IN THE OFFICE OF
   > THE COUNTY RECORDER OF CLARK COUNTY, NEVADA
   > RESERVING THEREFROM AN EASEMENT FOR PRIVATE STREETS AND
   > COMMON AREAS AS SHOWN AND DELINEATED ON SAID MAP.
   >
   > PARCEL II:
   > AN EASEMENT FOR INGRESS AND EGRESS OVER PRIVATE STREETS AND COMMON AREAS AS SHOWN AND DELINEATED ON SAID MAP.

2. On July 12, 2016, Red Rock Financial Services ("Trustee") for and on behalf of the VILLAS AT TIERRA LINDA HOMEOWNERS ASSOCIATION ("HOA") conducted a homeowners' association foreclosure sale on the Subject Property.

3. The ownership interests of JARED K. BAUM and CHARLENE M. BAUM were extinguished by the homeowners' association foreclosure sale conducted by the HOA on July 12, 2016.

4. The HOLLYVALE RENTAL HOLDINGS, LLC ("Hollyvale") purchased the Subject Property at the foreclosure sale on July 12, 2016. On January 30, 2017, Hollyvale transferred its interest in the Subject Property through a quitclaim deed to CHAMPERY RENTAL REO, LLC.

5. CHAMPERY RENTAL REO, LLC'S claim of ownership is superior to that of JARED K. BAUM and CHARLENE M. BAUM as the latter individuals no longer have any ownership interest or rights or claims in the Subject Property.

Accordingly,

**IT IS THEREFORE ORDERED** that the Motion for Default Judgment (ECF No. 63) is **GRANTED**.

**IT IS FUTHER ORDERED** that the Clerk of Court shall enter the judgment for declaratory relief and quiet title in the Subject Property against JARED K. BAUM and CHARLENE M. BAUM and in favor of the Plaintiff, CHAMPERY RENTAL REO, LLC.

**DATED** this 21st day of July, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**