WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, | Case No.: 2:16-cv-02888-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| JARED K. BAUM, an individual; CHARLENE M. BAUM, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; RED ROCK FINANCIAL SERVICES; VILLAS AT TIERRA LINDA HOMEOWNERS ASSOCIATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, | |
| Defendants. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Counterclaimant, | |
| vs. | |
| CHAMPERY RENTAL REO, LLC, | |
| Counter-Defendant. | |

Plaintiff/Counter-Defendant CHAMPERY RENTAL REO, LLC ("Champery"), Defendant/Counterclaimant FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and Defendant RED ROCK FINANCIAL SERVICES, LLC ("Red Rock") (collectively hereinafter referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows.

1. The above-captioned action concerns title to real property commonly known as 12030 Giles Street, Las Vegas, Nevada 89123, APN: 191-04-415-049 (the "Property") and further legally described as stated in that Deed of Trust recorded on August 29, 2006, as Instrument number 20060829-0005835 in the Office of the Clark County Recorder (the "Deed of Trust").

2. Fannie Mae and Champery have entered into a separate Settlement Agreement and Release (the "Agreement") as a matter of compromise to adjudicate their respective interest in and/or to the Property.

3. Pursuant to the Agreement, it is hereby stipulated and agreed the Champery is the owner of the Property by way of a homeowners' association foreclosure sale occurring on or about July 12, 2016, as reflected in that Foreclosure Deed recorded on September 16, 2016, as Instrument number 20160916-0001180 in the Office of the Clark County Recorder (the "HOA Sale").

4. Pursuant to the Agreement, it is hereby stipulated and agreed that Fannie Mae is the owner and record beneficiary of the Deed of Trust, and that Fannie Mae has received sums to release or reconvey the Deed of Trust.

5. Pursuant to the Agreement, it is hereby stipulated and agreed that Champery owns the Property free and clear of the Deed of Trust.

6. Pursuant to the Agreement, it is hereby stipulated and agreed that Fannie Mae will receive the surplus funds or excess proceeds from the HOA Sale in the amount of $19,459.97, currently held by Red Rock, and that Red Rock shall immediately pay the surplus funds or excess proceeds to Fannie Mae.

///

7. Pursuant to the Agreement, the Parties hereby submit this Stipulation and Order for the Court to adopt as a final order, judgment and decree of the above-captioned action, with each party to bear their own attorney's fees and costs as to each other.

IT IS SO STIPULATED AND AGREED.

DATED this 27th day of August, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., #200
Las Vegas, NV 89117
*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association*

DATED this 27th day of August, 2018.

HUTCHISON & STEFFEN, PLLC

*/s/ Matthew K. Schriever, Esq.*
John T. Steffen, Esq.
Nevada Bar No. 4390
Matthew K. Schriever, Esq.
Nevada Bar No. 10745
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff/Counter-Defendant Champery Rental REO, LLC*

DATED this 29th day of August, 2018.

KOCH & SCOW LLC

*/s/ Steven B. Scow, Esq.*
David R. Koch, Esq.
Nevada Bar No. 8830
Steven B. Scow, Esq.
Nevada Bar No. 9906
Brody R. Wight, Esq.
Nevada Bar No. 13615
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Defendant, Red Rock Financial Services*

**IT IS SO ORDERED**:

DATED: November 27, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE